# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| WILLIAM JENKINS, | ) |
| | ) CIVIL FILE ACTION NO. |
| Plaintiff, | ) 1:16-CV-00217-LMM |
| | ) |
| v. | ) |
| | ) |
| SAMSON TOURS, INC. d/b/a | ) |
| SAMSON TRAILWAYS, and | ) |
| PROSOURCE, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

**THIS CAUSE** came before the Court upon the parties' Joint Motion for Approval of Settlement Agreement and Entry of an Order of Dismissal. The Court has considered the Joint Motion and the proposed settlement agreement entered into by the parties to this action, and being otherwise fully advised in the premises, it is:

**ORDERED** and **ADJUDGED** that the parties' proposed settlement agreement is fair and reasonable, and the settlement is approved and this action is dismissed with prejudice.

**DONE AND ORDERED** in Chambers this 29th day of February, 2016.

_____
HON. LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE